IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACQUELYN GILES, Individually and as Special Administrator of the Estate of Jeff L. Giles, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>WYETH, INC. a Delaware Corporation and its wholly-owned subsidiary, WYETH PHARMACEUTICALS, formerly known as AMERICAN HOME PRODUCTS CORPORATION,<br><br>    Defendants. | Case No. 04-4245-JPG<br><br>**JURY TRIAL DEMANDED** |

**MEMORANDUM IN SUPPORT OF DEFENDANT
WYETH'S MOTION TO EXCLUDE DR. GLENMULLEN'S AND
DR. MARIS' OPINIONS BASED ON FEDERAL RULE OF EVIDENCE 702**

## TABLE OF CONTENTS

## TABLE OF AUTHORITIES

**FEDERAL CASES**                                                                                                   Page

*Caraker v. Sandoz Pharmaceuticals Corp.*, 188 F. Supp. 2d
    1026 (S.D. Ill. 2001) ............................................................................................... *passim*

*Cloud v. Pfizer, Inc.*, 198 F. Supp. 2d 1118 (D. Ariz. 2001) ............................................................ 21

*Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579
    (1993) ........................................................................................................................... 23

*Daubert v. Merrell Dow Pharmacueticals, Inc.*, 43 F.3d 1311
    (9th Cir.), *cert. denied*, 516 U.S. 869 (1995) .............................................................. 15

*Federal Trade Commission v. QT, Inc.*, 448 F. Supp. 2d 908
    (N.D. Ill. 2006) ............................................................................................................. 8

*General Electric Co. v. Joiner*, 522 U.S. 136 (1997) .......................................................... 2, 23, 25

*Glastetter v. Novartis Pharmaceuticals Corp.*, 252 F.3d 986
    (8th Cir. 2001) ............................................................................................................ 22

*Good v. Fluor Daniels Corp.*, 222 F. Supp. 2d 1236 (E.D. Wash. 2002) ....................................... 11

*Hollander v. Sandoz Pharmaceuticals Corp.*, 95 F. Supp. 2d 1230
    (W.D. Okla. 2000), *aff'd in part and vacated in part*, 289 F.3d
    1193 (10th Cir.), *cert. denied*, 537 U.S. 1088 (2002) ................................................ 22

*Kelly v. American Heyer-Schulte Corp.*, 957 F. Supp. 873
    (W.D. Tex. 1997) ........................................................................................................ 11

*Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999) .................................................................. 23

*Moore v. Ashland Chemical, Inc.*, 151 F.3d 269 (5th Cir. 1998),
    *cert. denied*, 526 U.S. 1064 (1999) ........................................................................... 24

*In re Rezulin Products Liability Litigation*, 369 F. Supp. 2d 398
    (S.D.N.Y. 2005) ............................................................................................................ 8

*Rosen v. Ciba-Geigy Corp.*, 78 F.3d 316 (7th Cir.), *cert. denied*,
    519 U.S. 819 (1996) ............................................................................................... 7, 15

*Thomas v. Deloitte Consulting LLP*, No. 3-02-CV-0343-M,
    2004 U.S. Dist. LEXIS 17761 (N.D. Tex. Sept. 2, 2004) ............................................ 18

|  | Page |
|---|---|
| **FEDERAL REGULATIONS AND RULES** | |
| 201 C.F.R. § 201.57(e) | 22 |
| Fed. R. Evid. 702 | *passim* |

**SCIENTIFIC ARTICLES AND BOOKS**

Fawcett, J., "Acute vs. Chronic Risk Factors for Suicide – Treatment Implications," *Economics of Neuroscience* 2(3):57-59 (2000) ........................ 16

Fergusson, D., *et al.*, "Association between suicide attempts and selective serotonin reuptake inhibitors," *Brit. Med. J.* 330(7488):396 (2005) .............. 10, 14, 19

Grunebaum, M., *et al.*, "Antidepressants and suicide risk in the United States," *J. Clin. Psychiatry* 65(11):1456-1462 (2004) ........................ 8, 11, 12

Gunnell, D., *et al.*, "Selective serotonin reuptake inhibitors (SSRIs) and suicide in adults: meta-analysis of drug company data from placebo-controlled, randomised controlled trials submitted to the MHRA's safety review," *Brit. Med. J.* 330:385-388 (2005) ........................ 10, 19

Hammad, T., *et al.*, "Suicidality in Pediatric Patients Treated With Antidepressant Drugs," *Arch. Gen. Psychiatry* 63:332-339 (2006) ................ 17

Hammad, T., *et al.*, "Suicide Rates in Short-term Randomized Controlled Trials of Newer Antidepressants," *J. Clin. Psychopharmacology* 26(2):203-207 (2006) ........................ 10

Healy, D., Aldred, G., "Antidepressant drug use & the risk of suicide," *Int'l Rev. of Psychiatry* 17(3):163-172 (2005) ........................ 10, 11, 14

Healy, D., Whitaker, C., "Antidepressants and sucide: risk-benefit conundrums," *J. Psychiatry Neuroscience* 28(5):331-337 (2003) ................ 14

Khan, A., *et al.*, "Symptom Reduction and Suicide Risk in Patients Treated With Placebo in Antidepressant Clinical Trials," *Arch. Gen. Psychiatry* 57:311-317 (2000) ........................ 11

Levenson, M., Holland, C., "Statistical Evaluation of Suicidality in Adults Treated With Antidepressants" (Nov. 17, 2006) ........................ 8, 10

Maris, R., *et al.*, *Assessment and Prediction of Suicide* (1992) ........................ 16, 17

|  | Page |
|---|---|
| Martinez, C., *et al.*, "Antidepressant treatment and the risk of fatal and non-fatal self harm in first episode depression: nested case-control study," *Brit. Med. J.* 330:389-393 (2005) | 12 |
| Milane, M.S., "Modeling of the Temporal Patterns of Fluoxetine Prescriptions and Suicide Rates in the United States," *PLoS Medicine* 3(6):e190 (2006) | 12 |
| Olfson, M., *et al.*, "Antidepressant Drug Therapy and Suicide in Severely Depressed Children and Adults," *Arch. Gen. Psychiatry* 63:865-872 (2006) | 13 |
| *Reference Manual on Scientific Evidence* (Fed. Jud. Center, 2d ed. 2000) | *passim* |
| Rubino, A., *et al.*, "Risk of suicide during treatment with venlafaxine, citalopram, fluoxetine, and dothiepin: retrospective cohort study," *Brit. Med. J.* 39041(445104):242 (2006) | 13 |
| Simon, G., *et al.*, "Suicide Risk During Antidepressant Treatment," *Am. J. Psychiatry* 163(1):41-47 (2006) | 16, 24 |
| Stone, M., Jones, M.L., "Clinical Review: Relationship Between Antidepressant Drugs and Suicidality In Adults" (Nov. 17, 2006) | *passim* |
| Teicher, M., *et al.*, "Emergence of intense suicidal preoccupation during fluoxetine treatment," *Am. J. Psychiatry* 147:207-210 (1991) | 21 |
| Tiihonen, J., et al., "Antidepressants and the Risk of Suicide, Attempted Suicide, and Overall Mortality in a Nationwide Cohort," *Arch. Gen. Psychiatry* 63:1358-1367 (2006) | 13 |

## INDEX OF EXHIBITS

**Exh. No.**

1. Deposition Transcript of Joseph Glenmullen, M.D. (Jan. 15, 2007)

2. Deposition Transcript of Ronald Maris, PhD. (Jan. 19, 2007)

3. Expert Report of Ronald Maris, PhD. (Sept. 25, 2006)

4. Expert Report of Joseph Glenmullen, M.D. (June 26, 2006)

5. Stone, M., Jones, M.L., "Clinical Review: Relationship Between Antidepressant Drugs and Suicidality in Adults" (Nov. 17, 2006)

6. Levenson, M., Holland, C., "Statistical Evaluation of Suicidality in Adults Treated with Antidepressants" (Nov. 17, 2006)

7. Excerpts from Transcript of Testimony Given At December 13, 2006 Meeting of FDA Psychopharmacological Drugs Advisory Committee

8. Grunebaum, M., et al., "Antidepressants and suicide risk in the United States," *J. Clin. Psychiatry* 65(11):1456-1462 (2004)

9. Hammad, T., et al., "Suicide Rates in Short-term Randomized Controlled Trials of Newer Antidepressants," *J. Clin. Psychopharmacology* 26(2):203-207 (2006)

10. Fergusson, D., et al., "Association between suicide attempts and selective serotonin reuptake inhibitors," *Brit. Med. J.* 330(7488):396 (2005)

11. Gunnell, D., et al., "Selective serotonin reuptake inhibitors (SSRIs) and suicide in adults: meta-analysis of drug company data from placebo-controlled, randomised controlled trials submitted to the MHRA's safety review," *Brit. Med. J.* 330:385-388 (2005)

12. Healy, D., Aldred, G., "Antidepressant drug use & the risk of suicide," *Int'l Rev. of Psychiatry* 17(3):163-172 (2005)

13. Khan, A., et al., "Symptom Reduction and Suicide Risk in Patients Treated With Placebo in Antidepressant Clinical Trials," *Arch. Gen. Psychiatry* 57:311-317 (2000)

14. Milane, M.S., "Modeling of the Temporal Patterns of Fluoxetine Prescriptions and Suicide Rates in the United States," *PLoS Medicine* 3(6):e190 (2006)

**Exh. No.**

15. Martinez, C., *et al.*, "Antidepressant treatment and the risk of fatal and non-fatal self harm in first episode depression: nested case-control study," *Brit. Med. J.* 330:389-393 (2005)

16. Tiihonen, J., *et al.*, "Antidepressants and the Risk of Suicide, Attempted Suicide, and Overall Mortality in a Nationwide Cohort," *Arch. Gen. Psychiatry* 63:1358-1367 (2006)

17. Rubino, A., *et al.*, "Risk of suicide during treatment with venlafaxine, citalopram, fluoxetine, and dothiepin: retrospective cohort study," *Brit. Med. J.* 39041(445104):242 (2006)

18. Olfson, M., *et al.*, "Antidepressant Drug Therapy and Suicide in Severely Depressed Children and Adults," *Arch. Gen. Psychiatry* 63:865-872 (2006)

19. Healy, D., Whitaker, C., "Antidepressants and suicide: risk-benefit conundrums," *J. Psychiatry Neuroscience* 28(5):331-337 (2003)

20. August 17, 2005 Expert Report of David Healy, M.D., in *Ackermann vs. Wyeth* (E.D. Tex.)

21. Simon, G., *et al.*, "Suicide Risk During Antidepressant Treatment," *Am. J. Psychiatry* 163(1):41-47 (2006)

22. Fawcett, J., "Acute vs. Chronic Risk Factors for Suicide - Treatment Implications," *Economics of Neuroscience* 2(3):57-59 (2000)

23. Maris, R., *et al.*, *Assessment and Prediction of Suicide* (1992)

24. Hammad, T., *et al.*, "Suicidality in Pediatric Patients Treated With Antidepressant Drugs," *Arch. Gen. Psychiatry* 63:332-339 (2006)

25. Memorandum by Thomas P. Laughren, M.D. (Director, Division of Psychiatry Products, FDA Center for Drug Evaluation and Research) (Nov. 16, 2006)

26. Teicher, M., *et al.*, "Emergence of intense suicidal preoccupation during fluoxetine treatment," *Am. J. Psychiatry* 147:207-210 (1991)

## I. **INTRODUCTION**

Defendant Wyeth moves to exclude the opinions of plaintiff's experts Dr. Joseph Glenmullen and Dr. Ronald Maris regarding general and specific causation, first, because there is no evidence to "rule in" their theory of general causation and second, because their views on specific causation do not "fit" the facts of this case.

First, plaintiff's experts opine that modern antidepressants cause suicide in a "small, vulnerable subpopulation" of patients. Federal Rule of Evidence 702 requires plaintiff to provide reliable scientific evidence to "rule in" her experts' theory. That evidence does not exist. On the contrary, late last year, the United States Food and Drug Administration released its analysis of suicide-related data from 372 placebo-controlled, randomized clinical trials in which nearly 100,000 patients took modern antidepressants. Placebo-controlled, randomized clinical trials are often referred to as the "gold standard" for scientific research. The FDA's analysis found *no* association between antidepressant use and completed suicide, a result that was consistent with nearly all prior similar analyses. Nonetheless, plaintiff's experts assert that, because suicide is such a rare event and the existing randomized clinical trials supposedly are blunt instruments, the existing scientific evidence does not reliably rule *out* the possibility that their hypothesized "small, vulnerable subpopulation" exists. But Federal Rule of Evidence 702 requires plaintiff to "reliably 'rule *in*' a potential cause." *Caraker v. Sandoz Pharms. Corp.*, 188 F. Supp. 2d 1026, 1030 (S.D. Ill. 2001) (italics added). The absence of the requisite evidence ruling *in* plaintiff's experts' theory mandates precluding their general causation opinions.

Second, plaintiff's experts' specific causation opinions – that three low-dose Effexor pills were a "but for" cause of Jeff Giles' suicide – do not fit the underlying evidence. There is no reliable scientific data supporting the notion that three low-dose Effexor pills cause suicide. This

is particularly true when, as here, the decedent had multiple other suicide risk factors, including depression, unemployment, significant activity restrictions, and chronic pain. Plaintiff's experts' specific causation opinions are "connected to existing data only by the *ipse dixit* of [her] expert[s]." *General Elec. Co. v. Joiner*, 522 U.S. 136, 146 (1997). They should be excluded.[1]

## II. FACTUAL BACKGROUND

Plaintiff's two experts, Ronald W. Maris, Ph.D., and Joseph Glenmullen, M.D., offer essentially identical general and specific causation opinions. Both concede that Jeff Giles suffered from depression, a significant risk factor for suicide. (1/15/07 Glenmullen Dep. Tr. at 207:20-208:2 (Ex. 1); 1/19/07 Maris Dep. Tr. at 69:17-21; 130:12-22 (Ex. 2)). Both concede that modern antidepressants, including both selective serotonin reuptake inhibitors (or "SSRIs") and selective serotonin norepinephrine reuptake inhibitors (or "SNRIs") such as Wyeth's antidepressant Effexor, often successfully treat depression. (1/15/07 Glenmullen Dep. Tr. at 198:23-199:5 (Ex. 1); 1/19/07 Maris Dep. Tr. at 36:5-37:3; 187:20-25 (Ex. 2)). Dr. Glenmullen prescribes modern antidepressants to depressed patients, and Dr. Maris, although not licensed to prescribe them himself, believes they should be prescribed. (1/15/07 Glenmullen Dep. Tr. at 19:4-18 (Ex. 1); 1/19/07 Maris Dep. Tr. at 187:8-19 (Ex. 2). Both experts concede that, because modern antidepressants effectively treat depression, they likely prevent many suicides. (*See* 1/15/07 Glenmullen Dep. Tr. at 118:3-24 (Ex. 1)).

Based on their assessments of the epidemiological evidence, case reports, and dechallenge/rechallenge studies, however, both experts opine that there is a "small, vulnerable subpopulation" of patients who commit suicide because they take modern antidepressants.

---

[1] In Wyeth's view, the existing record establishes that plaintiff's experts' general and specific causation opinions are inadmissible. If the Court believes a hearing would assist it in resolving the issues raised in this motion, Wyeth will, of course, participate in that hearing.

(1/15/07 Glenmullen Dep. Tr. at 232:3-14 (Ex. 1); 1/19/07 Maris Dep. Tr. at 11:23-25; 37:10-18 (Ex. 2)). Both experts assert that the entire class of modern antidepressants – SSRIs and SNRIs alike – have this effect. (1/15/07 Glenmullen Dep. Tr. at 189:3-190:8; 256:22-24 (Ex. 1); 9/25/06 Maris Rep. at 9 (Ex. 3)).

Neither expert is aware of any way to identify this "small, vulnerable subpopulation" at the time a physician prescribes an antidepressant. (1/15/07 Glenmullen Dep. Tr. at 24:15-20; 191:22-192:7; 232:3-8 (Ex. 1); 1/19/07 Maris Dep. Tr. at 42:5-25 (Ex. 2)). Instead, both purport to identify members of the "small, vulnerable subpopulation" retrospectively, primarily by examining whether, before their suicides, the patients suffered from a handful of symptoms, including akathisia (severe inner and outer restlessness), insomnia, emotional blunting (being withdrawn), or ego-dystonic behavior (acting out of character). (*See* 6/26/06 Glenmullen Rep. at 16-20 (Ex. 4); 9/25/06 Maris Rep. at 16-19 (Ex. 3)).

To form his opinions in this case, Dr. Glenmullen personally interviewed Jeff Giles' wife and son.[2] Both Dr. Maris and Dr. Glenmullen reviewed several deposition transcripts; notes taken by Jeff Giles' treating physician, Dr. Pramote; and the results of a "psychological autopsy" of Jeff Giles that was prepared at plaintiff's counsel's request. Based on this information, both experts concluded that Jeff Giles was in the "small, vulnerable subpopulation." In their views, there is evidence establishing that, during the less than two days when Jeff Giles took a total of three, low-dose Effexor pills, he suffered from Effexor-induced akathisia, anxiety, restlessness,

---

[2] Dr. Glenmullen took notes on his computer of these interviews as they were being conducted. (1/15/07 Glenmullen Dep. Tr. at 133:19-134:14 (Ex. 1)). He then overwrote them on his computer in preparing his expert report, his "standard practice ... in all cases." (*Id.* at 134:15-135:6; 147:24-149:7). Dr. Glenmullen apparently also took handwritten notes and then destroyed them. (*Id.* at 134:9-11; 135:4-6). Wyeth was not provided an opportunity to attend the interviews and, accordingly, has access to only the fragments of information from the interviews that Dr. Glenmullen elected to leave in his report.

insomnia, and ultimately irresistible suicidal urges. (6/26/06 Glenmullen Rep. at 13-14, 20 (Ex. 4); 9/25/06 Maris Rep. at 15-24 (Ex. 3)).

Both experts also performed differential diagnoses that purported to "rule out" other possible causes of the suicide such as Jeff Giles' depression; his chronic pain from his 1995 workplace injury; his recent spine surgery; and the fact that the mine at which he had worked first laid him off and then, shortly before his suicide, closed permanently. According to Dr. Glenmullen, Giles' "suicide was *not* due to his underlying depression," "was *not* due to an underlying anxiety disorder," "was *not* due to [Giles] being laid off from work or financial hardship," "was *not* due to his surgery," and "was *not* due to" another psychiatric or medical condition. (6/26/06 Glenmullen Rep. at 16-18) (Ex. 4) (italics added)).

Dr. Maris disagreed with Dr. Glenmullen on these points. Dr. Maris found that Jeff Giles' "depressive disorder ..., family history of depression, physical injuries and resulting chronic pain, his September 12, 2002 disc surgery, his unemployment since July 14, 2002, and possible other risk factors (like being an aging white male with guns in the house that he knew how to use)" all "[c]learly" contributed to the suicide. (9/25/06 Maris Rep. at 19 (Ex. 3)). Dr. Maris wrote "HOPELESSNESS?" in his notes because, among other things, Giles' surgeon had just advised Giles that Giles might never be able to hunt or fish again. (1/19/07 Maris Dep. at 102:7-18; 103:9-17 (Ex. 2)).

Ultimately, however, both experts ended up in the same place. Both opined that, if Jeff Giles had not taken Effexor, it is more likely than not that he would not have committed suicide. (6/26/06 Glenmullen Rep. at 20 (Ex. 4); 1/15/07 Glenmullen Dep. Tr. at 32:12-20 (Ex. 1); 9/25/06 Maris Rep. at 19 (Ex. 3)).

## III. ARGUMENT

As this Court found in *Caraker v. Sandoz Pharmaceuticals Corp.*, 188 F. Supp. 2d 1026, 1030 (S.D. Ill. 2001), Federal Rule of Evidence 702 requires parties offering expert testimony to make at least two showings.[3] "First, they ha[ve] the burden of showing that their experts' opinions [a]re reliable. The hallmark of this reliability prong is the scientific method, *i.e.*, the generation of testable hypotheses that are then subjected to the real world crucible of experimentation, falsification/validation, and replication." *Id.* (*citing Daubert v. Merrell Dow Pharms.*, 509 U.S. 579, 593 (1993)). "Second, they must show that their experts' opinions 'fit' (*i.e.*, have a valid scientific connection to) the issues in the lawsuit so as to assist the fact-finder in understanding the evidence. This requirement is not satisfied when there is 'simply too great an analytical gap between the data and the opinion proffered.'" *Id.* (*citing Daubert*, 509 U.S. at 590-92 & n.9, and *quoting General Elec. Co. v. Joiner*, 522 U.S. 136, 138 (1997)).

District courts should not "simply 'take the expert's word for it.' Instead, [they] must rigorously scrutinize (1) the sufficiency of the data upon which the expert relies, (2) the reliability of the principles and methods the expert employs, and (3) the reliability of the expert's application of the principles and methods to the facts of the case." *Id.* (*citing* Advisory Comm. Notes to 2000 Amendments to Fed. R. Evid. 702 and Fed. R. Evid. 702). The district court's "'gatekeeper' function requires that [the court] separate 'expert opinion evidence based on "good

---

[3] Fed. R. Evid. 702, as amended in 2000, provides:

> If scientific, technical, or other specialized knowledge will assist the trier of fact to understand the evidence or to determine a fact in issue, a witness qualified as an expert by knowledge, skill, experience, training, or education, may testify thereto in the form of an opinion or otherwise, if (1) the testimony is based upon sufficient facts or data, (2) the testimony is the product of reliable principles and methods, and (3) the witness has applied the principles and methods reliably to the facts of the case.

grounds" from subjective speculation that masquerades as scientific knowledge.'" *Id.* (*quoting Glastetter v. Novartis Pharms. Corp.*, 252 F.3d 986, 989 (8th Cir. 2001)).

Some experts assess specific causation through "a differential diagnosis methodology," which "involves 'ruling in' potential causes to develop a potential-cause checklist and then 'ruling out' potential causes one by one based on objective data and criteria. Causation is attributed to the last potential cause left on the list, or at least the most probable one if there are two left." *Id.* "[B]ut when [differential diagnosis] is used in the practice of science (as opposed to its use by treating physicians in the practice of medicine out of necessity) it must *reliably* 'rule in' a potential cause. Thus, if the 'ruling in' step is based on too great an analytical leap (or several such leaps), the whole opinion is questionable." *Id.* (*citing Glastetter*, 252 F.3d at 989, and Advisory Comm. Notes to 2000 Amendments to Fed. R. Evid. 702) (italics in original)).

Here, plaintiff's experts' general and specific causation opinions fail. Their general causation opinions – that Effexor and other modern antidepressants cause suicide in a "small, vulnerable subpopulation" of depressed adults – lack support in the epidemiological evidence and rely on anecdotal case reports and uncontrolled dechallenge/rechallenge studies. Further, if plaintiff's experts could point to a reliable scientific basis for their general causation opinions (and they have not), their specific causation opinions – that three, low-dose Effexor pills were a cause of Jeff Giles' suicide – do not "fit." There is not "an analytical gap" here; there is a chasm. Plaintiff's experts' opinions are inadmissible.

A.     **Plaintiff's Experts' General Causation Opinions Are Inadmissible**

Plaintiff's experts rely on several different types of evidence to support their general causation opinion, including epidemiological evidence, case reports, dechallenge/rechallenge studies, and recent FDA-mandated warnings. None of the scientific evidence on which plaintiff's experts rely is sufficient to "rule in" Effexor as a potential cause of Jeff Giles' suicide.

- 6 -

Dr. Maris admits as much. After noting that there is "a lot of research and evidence" documenting "the kinds of reactions that [Maris] believe[s] are related to suicide outcomes," Dr. Maris asked himself rhetorically, "D[oes] it rise to the level of a definitive scientific proof?" and answered "Probably not." (1/19/07 Maris Dep. Tr. at 68:9-15 (Ex. 2)). Indeed, Dr. Maris expressly concedes the absence of general causation: "if you have a strict definition of causation, my opinion might falter on that." (*Id.* at 67:24-68:1). The law, of course, has a "strict definition of causation." *See Rosen v. Ciba-Geigy Corp.*, 78 F.3d 316, 318 (7th Cir) ("The object [of *Daubert*] ... was to make sure that when scientists testify in court they adhere to the same standards of intellectual rigor that are demanded in their professional work.") (citation omitted), *cert. denied*, 519 U.S. 819 (1996). Plaintiff's experts' general causation opinions lack scientific support and should be excluded.

    1.    **Epidemiological evidence refutes plaintiff's experts' general causation opinions.**

"Epidemiologic evidence identifies agents that are associated with an increased risk of disease in groups of individuals [and] quantifies the amount of excess disease that is associated with an agent." *Reference Manual on Scientific Evidence* at 335-36 (Fed. Jud. Center, 2d ed. 2000) (the "*Reference Manual*"). "Once an association has been found between exposure to an agent and development of a disease, researchers consider whether the association reflects a true-cause-effect relationship." *Id.* at 374. "In any epidemiological study, the first question is whether an association exists; the second is whether that association is actually a true association and not an association due to some error." *Caraker*, 188 F. Supp. 2d at 1031 (*citing Reference Manual* at 387).

Here, plaintiff's experts' general causation opinions do not get beyond the "first question" – "whether an association exists." The answer to that question is "no," which ends the

epidemiological inquiry. A huge body of epidemiological data – including hundreds of randomized clinical trials that included a total of nearly 100,000 patients, population-based studies, cohort studies, and case control studies – have not demonstrated an association between modern antidepressant use and suicide.

### *Randomized Clinical Trials*

Randomized clinical trials ("RCTs") take similar patients, randomly assign them to drug-treated or placebo-treated groups, and examine whether there are differences between the two groups. Because the patients are randomized and there is a control group, RCTs are "[t]he 'gold standard' for determining the relationship between a drug and a health outcome." *In re Rezulin Prods. Liab. Litig.*, 369 F. Supp. 2d 398, 406 (S.D.N.Y. 2005); *accord FTC v. QT, Inc.*, 448 F. Supp. 2d 908, 962-63 (N.D. Ill. 2006) (Denlow, M.J.). Although suicide is an unfortunately common event in large populations,[4] it is too rare to study directly in individual RCTs, which typically include a few hundred patients. Thus, researchers studying suicide with RCT data combine data from multiple RCTs using the statistical technique of meta-analysis.[5] According to Dr. Maris, "if you're going to try to detect what causes" suicide with RCTs, "you're going to have to look at least [at] a[n] experimental group of 10,000, [with] maybe 2[,000] or 3,000 in controls." (1/19/07 Maris Dep. Tr. at 13:13-16; 16:10-17:6 (Ex. 2)).

Late last year, the FDA released its meta-analysis of RCT data it obtained from each of the major antidepressant manufacturers. (Marc Stone, M. Lisa Jones, "Clinical Review: Relationship Between Antidepressant Drugs and Suicidality In Adults" (Ex. 5) ("2006 FDA Clinical Review"); Mark Levenson, Chris Holland, "Statistical Evaluation of Suicidality in

---

[4] In 1999, the U.S. suicide rate was 10.71 suicides per 100,000. (Michael F. Grunebaum, *et al.*, "Antidepressants and suicide risk in the United States, 1985-1999," *J. Clin. Psychiatry* 65(11):1456-1462, 1458 (2004) (Ex. 8)).

[5] "Meta-analysis is a method of pooling study results to arrive at a single figure to represent the totality of the studies reviewed." *Reference Manual* at 380.

Adults Treated With Antidepressants" (Nov. 17, 2006) (Ex. 6) ("2006 FDA Statistical Evaluation")). The trials the FDA analyzed included nearly 100,000 patients – many times Dr. Maris' 10,000 patient threshold.[6] (2006 FDA Clinical Review at 9 (Table 1) (Ex. 5)). Indeed, one FDA outside advisor observed that "in psychiatry I can't remember the last time we had clinical trials with an 'N' [number of patients treated] of 100,000." (12/13/06 FDA PDAC Mtg. Tr. at 341:5-7 (Ex. 7) (Wayne Goodman, M.D., Chair, Department of Psychiatry, Univ. Florida College of Medicine )).

The FDA's 2006 meta-analysis found no difference between the rates of completed suicide in antidepressant-treated and placebo-treated adult patients. (2006 FDA Statistical Review at 28 (Table 13) (Ex. 6)). The rates of completed suicides were 0.01% for both placebo-treated and antidepressant-treated patients for all indications. (*Id.*). Dr. Maris agrees that, at least in the FDA's 2006 analysis, "there was not good evidence that there was a causative effect of SSRIs for suicide." (1/19/07 Maris Dep. Tr. at 12:19-21 (Ex. 2)).

Further, if modern antidepressants in fact induce suicide, as plaintiff's experts claim, then patients taking them for conditions with little or no underlying suicide risk should also commit antidepressant-induced suicide. But they do not. The FDA's recent meta-analysis separated the RCT data by the patients' underlying conditions. (*See* 2006 FDA Clinical Review at 20 (Table 9) (Ex. 5)). Roughly 20% of the RCT patients took antidepressants for "behavioral" and other disorders (such as obesity, smoking cessation, and weight loss) that are not themselves significant risk factors for suicide, while the other 80% took them for conditions that are

---

[6] Dr. Maris testified that, in addition to having large numbers of patients, the studies should not "exclude seriously suicidal patients," which many of the RCTs underlying the FDA's 2006 meta-analysis did. (1/19/07 Maris Dep. Tr. at 16:10-25 (Ex. 2)). But Dr. Maris agrees that including seriously suicidal depressed patients in a study that intentionally deprives them of potentially beneficial medication creates serious "ethical problems." (*See id.* at 50:8-18 (discussing "ethical problems" presented by dechallenge/rechallenge studies)).

themselves suicide risk factors (such as depression or psychiatric indications including anxiety disorders, panic or pain disorders, and obsessive compulsive disorder). (*Id.* at 19).

None of the antidepressant-treated patients with "behavioral disorders" committed suicide, and the antidepressant-treated and placebo-treated "behavioral disorder" patients were essentially identical in their rates of suicide attempt, preparatory acts for suicide, and suicidal ideation. (2006 FDA Statistical Review at 27 (Table 12) (Ex. 6)). The FDA researchers concluded that "the rarity of suicidality events among subjects with non-psychiatric disorders" warranted excluding them from the suicide-related analyses. (2006 FDA Clinical Review at 20 (Ex. 5)). Thus, patients who took modern antidepressants but did not suffer from potentially suicide-inducing conditions did not experience the suicide-related reactions that, according to plaintiff's experts, modern antidepressants purportedly induce. This suggests that it is the underlying conditions for which modern antidepressants are prescribed, not the antidepressants themselves, that induce suicide.

Many other recent meta-analysis have similarly shown no association between antidepressant use and suicide, including:

- Tarek Hammad, *et al.*, "Suicide Rates in Short-term Randomized Controlled Trials of Newer Antidepressants," *J. Clin. Psychopharmacology* 26(2):203-207, 203 (2006) (Ex. 9), who found that "[n]either use of placebo nor of antidepressants in short-term RCTs was associated with an increased risk of completed suicide among patients with MDD [major depressive disorder] or various anxiety disorders;"

- Dean Fergusson, *et al.*, "Association between suicide attempts and selective serotonin reuptake inhibitors: systemic review of randomized controlled trials," *Brit. Med. J.* 330(7488):396, 4 (2005) (Ex. 10), who observed that, "[i]n comparing fatal suicide attempts, we did not detect any differences between SSRIs and placebo;"

- David Gunnell, *et al.*, "Selective serotonin reuptake inhibitors (SSRIs) and suicide in adults: meta-analysis of drug company data from placebo-controlled, randomised controlled trials submitted to the MHRA's safety review,"

>   *Brit. Med. J.* 330:385-388, 385 (2005) (Ex. 11), who "found no evidence that SSRIs increased the risk of suicide;"

- David Healy & Graham Aldred, "Antidepressant drug use & the risk of suicide," *Int'l Rev. of Psychiatry* 17(3):163-172, 164 (2005) (Ex. 12), applying a one-tailed test for significance (*i.e.*, one that assumes an effect exists),[7] found no statistically significant (but an increased) odds ratio for "completed suicide on an SSRI antidepressant (including venlafaxine [Effexor]) compared to placebo;" and

- Arif Khan, *et al.*, "Symptom Reduction and Suicide Risk in Patients Treated With Placebo in Antidepressant Clinical Trials," *Arch. Gen. Psychiatry* 57:311-317, 314 (2000) (Ex. 13), who found that "[t]he differences in suicide rates did not reach statistical significance."

*Population-Based Studies*

Population-based epidemiological studies have yielded results similar to the meta-analyses of RCT data.[8] "The national suicide rate in the United States climbed 31% in the years 1957 to 1986." (Michael F. Grunebaum, *et al.*, "Antidepressants and suicide risk in the United States, 1985-1999," *J. Clin. Psychiatry* 65:1-7, at 1 (2004) (Ex. 8)). Modern antidepressants were introduced in 1987 and, that same year, "the suicide rate began to decline, and that trend has continued to the present [1999]." (*Id.*). Grunebaum's study therefore examined the relationship between modern antidepressant prescription rates and suicide. Those researchers, like other researchers in Sweden, Finland, Australia, Hungary, and Italy, found there was "a relationship between increasing use of antidepressant medications and declining suicide rates." (*Id.* at 1460). In their view, "[t]he most likely explanation for the relationship between

---

[7] David Healy & Graham Aldred, "Antidepressant drug use & the risk of suicide," *Int'l Rev. of Psychiatry* 17(3):163-172, 164 (2005) (Ex. 12) (applying a "one-tailed test for significance"). "One-tailed tests at the .05 level are viewed as weak evidence – no weaker standard is commonly used in the technical literature." *Reference Manual* at 127 n.150. Healy & Aldred's results for antidepressant use and suicide did not reach statistical significance even under the forgiving, one-tailed test for significance. A "'one-sided p-value assumes that the subject group can only have a higher rate ... than the control group.'" *Good v. Fluor Daniels Corp.*, 222 F. Supp. 2d 1236, 1243 (E.D. Wash. 2002) (citation omitted). When "that is the exact conclusion the [analysis] is designed to test, ... use of one-sided p-value ... is not a scientifically valid one" and exclusion under *Daubert* is appropriate. *Id.* (citation omitted); *accord Kelly v. American Heyer-Schulte Corp.*, 957 F. Supp. 873, 879 (W.D. Tex. 1997) (excluding statistical results using one-tailed test as unreliable).

[8] Population-based epidemiological studies are known as "ecological studies." *Reference Manual* at 344.

increasing use of antidepressants and declining suicide rates is that antidepressants are beneficial for psychiatric disorders associated with elevated suicide risk." (*Id.*).[9]

Other researchers used population-based data and mathematical modeling to estimate the number of suicides the SSRI Prozac has prevented. (Michael S. Milane, "Modeling of the Temporal Patterns of Fluoxetine Prescriptions and Suicide Rates in the United States," *PLoS Medicine* 3(6):e190, at 0001 (2006) (Ex. 14)). They estimated that "there has been a cumulative decrease in expected suicide mortality of 33,600 individuals." (*Id.*).

### Cohort Studies

Researchers applying the "cohort study" technique have matched similar patients taking modern antidepressants and older antidepressants known as tricyclic antidepressants.[10] (Carlos Martinez, *et al.*, "Antidepressant treatment and the risk of fatal and non-fatal self harm in first episode depression: nested case-control study," *Brit. Med. J.* 330:389-393 (2005) (Ex. 15)). Those researchers "found no evidence that the risk of suicide ... in adults prescribed SSRIs was greater than in those prescribed tricyclic antidepressants" and, to the contrary, found that SSRIs had a lower odds ratio for suicide (*i.e.*, 0.57 with a 95% confidence interval of 0.26 to 1.25).[11] (*Id.* at 389).

---

[9] Dr. Maris concedes that the population-based epidemiology shows an inverse association between antidepressant prescriptions and suicide rates:

> We do know from that associational data that there has been a significant decline in recent years in SSRI prescriptions and a concomitant increase in suicide rates. And conversely, at the end of the century, let's say '95 to 2000, there was a – the opposite, an increase in SSRI prescriptions and a decline in the national suicide rate in the United States.

(1/19/07 Maris Dep. Tr. at 197:10-17 (Ex. 2)).

[10] "In cohort studies the researcher identifies two groups of individuals: (1) individuals who have been exposed to a substance that is considered a possible cause of a disease and (2) individuals who have not been exposed. Both groups are followed for a specified length of time, and the proportions of individuals in each group who develop the disease are compared." *Reference Manual* at 340 (footnote omitted).

[11] "The odds ratio (OR) is similar to a relative risk in that it expresses in quantitative terms the association between exposure to an agent and a disease.... In a cohort study, the odds ratio is the ratio of the odds of developing a

Other researchers applied the "cohort study" technique to information extracted from a Finnish government medical records database. (Jari Tiihonen, *et al.*, "Antidepressants and the Risk of Suicide, Attempted Suicide, and Overall Mortality in a Nationwide Cohort," *Arch. Gen. Psychiatry* 63:1358-1367 (2006) (Ex. 16)). They found that current use of any antidepressant "was associated with ... a markedly decreased risk of completed suicide and death." (*Id.* at 1358).[12]

*Case-Control Studies*

Researchers also have applied the "case-control" technique to examine modern antidepressants and suicide.[13] (*E.g.*, Mark Olfson, *et al.*, "Antidepressant Drug Therapy and Suicide in Severely Depressed Children and Adults," *Arch. Gen. Psychiatry* 63:865-872 (2006) (Ex. 18)). These researchers, studying only high-risk patients, found that "antidepressant drug treatment does not seem to be related to suicide ... death in adults." (*Id.* at 865).

---

(continued...)

disease when exposed to a suspected agent to the odds of developing the disease when not exposed. The odds ratio approximates the relative risk when the disease is rare." *Reference Manual* at 350 (footnotes omitted).

[12] The study also reported that current use of any antidepressant was associated with an increased risk of suicide attempt. (Jari Tiihonen, *et al.*, "Antidepressants and the Risk of Suicide, Attempted Suicide, and Overall Mortality in a Nationwide Cohort," *Arch. Gen. Psychiatry* 63:1358-1367, 1358 (2006) (Ex. 16)). The relative risk for Effexor (*i.e.*, venlafaxine) use and suicide was 1.61 with a p-value of 0.04. (*Id.* at 1362). The authors noted, however, that (1) because the study was limited to hospitalized patients, it looked at "only the most severe cases" and "may not be representative of the whole patient population with depression;" and (2) as to their findings regarding Effexor, "caution should be used in interpreting these findings for specific antidepressant drugs with P>.001 because of the number of comparisons made." (*Id.* at 1365, 1366). Effexor's p-value was 0.04, which is 400 times 0.001. Further, another cohort study using data from a U.K. government database suggests that, in European countries, Effexor is a second-line treatment prescribed to more severely depressed patients. (Annalisa Rubino, *et al.*, "Risk of suicide during treatment with venlafaxine, citalopram, fluoxetine, and dothiepin: retrospective cohort study," *Brit. Med. J.* 39041(445104):242 (2006) (Ex. 17)). That study found that the suicide rate in Effexor-treated patients was higher than the suicide rate in patients treated with three other antidepressants, but that "venlafaxine [Effexor] was channelled towards patients with more severe and treatment resistant depression." (*Id.* at 5). The authors noted that "adjustment for measured risk factors could have left residual confounding that could explain some or all of the excess risk associated with venlafaxine." (*Id.*).

[13] "In case-control studies, the researcher begins with a group of individuals who have a disease (cases) and then selects a group of individuals who do not have the disease (controls). The researcher then compares the groups in terms of past exposures. If a certain exposure is associated with or causes the disease, a higher proportion of past exposure among the cases than among the controls would be expected." *Reference Manual* at 342 (footnote omitted).