UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACQUELYN GILES, Individually and as Special Administrator of the Estate of Jeff L. Giles, Deceased,<br><br>  Plaintiff,<br><br>  v.<br><br>WYETH INC., a Delaware Corporation and its wholly-owned subsidiary, WYETH PHARMACEUTICALS, formerly known as AMERICAN HOME PRODUCTS CORPORATION,<br><br>  Defendants. | Case No. 04-cv-4245-JPG |

## JUDGMENT IN A CIVIL CASE

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some issues and the jury having rendered a verdict as to others,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants Wyeth, Inc., a Delaware Corporation, and its wholly-owned subsidiary, Wyeth Pharmaceuticals, formerly known as American Home Products Corporation, and against the plaintiff, Jacquelyn Giles, Individually and as Special Administrator of the Estate of Jeff L. Giles, deceased, on plaintiff's breach of warranty claim; and

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants Wyeth, Inc., a Delaware Corporation and its wholly-owned subsidiary, Wyeth Pharmaceuticals, formerly known as American Home Products Corporation, and against the

plaintiff, Jacquelyn Giles, Individually and as Special Administrator of the Estate of Jeff L. Giles, deceased, on plaintiff's failure to warn and misrepresentation claims.

**DATED: August 10, 2007.**

**NORBERT G. JAWORSKI, CLERK**

**By:s/Deborah Agans, Deputy Clerk**


**APPROVED:  /s/ J. Phil Gilbert**
**J. PHIL GILBERT**
**U.S. District Judge**